United States District Court
Southern District of Texas
**ENTERED**
October 14, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Richard C Johnson, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-1724 |
| | § | |
| City of Humble, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pending is a Report by Magistrate Judge Christina Bryan, recommending that this case be dismissed with prejudice for being time-barred under the statute of limitations and pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Doc. 16.

Parties may object to any portion of a Magistrate Judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). The district court may accept any part of the report and recommendation to which there is no objection if there is no clear error on the face of the record. *See Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto. Assoc.*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*)); *see also* Fed. R. Civ. P. 72(b) advisory committee note (1983). When a party objects a report and recommendation, the district court reviews the objected portions *de novo*. *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(C); *see also United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (*per curiam*).

Neither party filed objections. No clear error otherwise appears upon review and consideration of the report, the record, and the applicable law. As such, the Report and

Recommendation of the Magistrate Judge is adopted as the Memorandum and Order of this Court. Defendant's Motion to Dismiss, Doc. 14, is GRANTED. The Complaint, Doc. 1, is DISMISSED WITH PREJUDICE.

A final judgment will be entered separately.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 14th of October, 2026.

Nicholas J. Ganjei
United States District Judge